**Darrell CHANDLER, Jr., Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 54872.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 20, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 11, 1989.

Application to Transfer Denied Feb. 14, 1989.

Susan Lynn Hogan, Columbia, for movant.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Darrell Chandler, appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. Judgment affirmed. Rule 84.16(b).